# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 31, 2019**

SEAN F. McAVOY, CLERK

EMMANUEL F. PHILLIPS,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| JAMES KEY, | ) |
|  | ) |

Civil Action No.   2:19-CV-00218-RMP

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The Petition is dismissed without prejudice.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Rosanna Malouf Peterson _____ on a motion for
voluntary dismissal.

Date:   July 31, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Cora Vargas
_____
*(By) Deputy Clerk*

Cora Vargas
_____